# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1769
Lower Tribunal No. 2017-CF-000090-W

_____

TOMMY D. WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Bruce Kyle, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

WHITE, SMITH and MIZE, JJ., concur.


Tommy D. Williams, Indiantown, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED